# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No. 97-3643

_____

|  |  |  |
|---|---|---|
| Eddie Keeper, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:     June 26, 2000

Filed:     July 3, 2000

_____

Before McMILLIAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

The district court dismissed appellant's 28 U.S.C. § 2255 motion as abusive. The government concedes that appellant did not file the prior § 2255 motion that was lodged under his name. Therefore, the dismissed motion was actually appellant's first § 2255 motion. Accordingly, we remand the case to the district court for review of the claims on the merits and deny the pending motions as moot.

A true copy.

Attest:

       CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.